**Electronically Filed
Supreme Court
SCWC-30376
18-NOV-2013
02:37 PM**

SCWC-30376

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

HEINZ PINK, Petitioner/Plaintiff-Appellant,

vs.

TERESA CASTRO, Respondent/Defendant-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 30376; CIV. NO. 1RC-09-1-2589)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

The Application for Writ of Certiorari filed on October 9, 2013 by Petitioner/Plaintiff-Appellant Heinz Pink is hereby rejected.

DATED: Honolulu, Hawai'i, November 18, 2013.

Heinz Pink,
pro se

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

